LEON GREENBERG, ESQ., SBN 8094
RUTHANN DEVEREAUX-GONZALEZ, ESQ.,
SBN 15904
**LEON GREENBERG PC**
1811 South Rainbow Boulevard, Suite 210
Las Vegas, Nevada 89146
Telephone: (702) 383-6085
Facsimile: (702) 385-1827
leongreenberg@overtimelaw.com
ranni@overtimelaw.com

*Attorneys for Plaintiff and the Proposed Class*
[Additional counsel on signature page]

Todd L. Bice, Bar No. 4534
**PISANELLI BICE PLLC**
400 S. 7th Street Suite 300
Las Vegas, NV 89101
Telephone: 702.214.2100
tlb@pisanellibice.com

Angela C. Agrusa (CA State Bar No 131337)*
**DLA PIPER LLP (US)**
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, CA 90067-4735
Telephone: 310.595.3000
angela.agrusa@us.dlapiper.com

*\*Pro hac vice application forthcoming*

*Attorneys for Defendant
MGM Resorts International*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| DAVID TEREZO, individually and on behalf of all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>MGM RESORTS INTERNATIONAL,<br><br>Defendant. | Case No. 2:23-cv-01577-JAD-VCF<br><br>**STIPULATION TO EXTEND TIME TO FILE DEFENDANT'S RESPONSE TO COMPLAINT (FIRST REQUEST)** |

Pursuant to LR IA 6-1, Plaintiff David Terezo and Defendant MGM Resorts International ("MGM") (collectively, the "Parties") respectfully stipulate MGM's time to

respond to the Complaint be extended from the current deadline of November 20, 2023 to and including December 12, 2023. This is the first stipulation for an extension of time to file MGM's responsive pleading.

Good cause exists to enlarge the time for MGM to respond to the Complaint. Between September 21 and November 8, 2023, eleven other related actions were filed against MGM in this and two other federal courts (the "Related Actions"). *See Owens v. MGM Resorts Int'l*, No. 2:23-cv-01480 (D. Nev.); *Kirwan v. MGM Resorts Int'l*, No. 2:23-cv-01481 (D. Nev.); *Zussman v. VICI Properties 1 LLC, et al.*, No. 2:23-cv-01537 (D. Nev.); *Lackey v. MGM Resorts Int'l*, No. 2:23-cv-01549 (D. Nev.); *Pircio v. MGM Resorts Int'l*, No. 2:23-cv-01550 (D. Nev.); *Rundell v. MGM Resorts Int'l*, No. 2:23-cv-01698 (D. Nev.); *Bezak v. MGM Resorts Int'l*, No. 2:23-cv-01719 (D. Nev.); *Zari v. MGM Resorts Int'l*, No. 2:23-cv-01777 (D. Nev.); *Manson v. MGM Resorts Int'l*, No. 2:23-cv-01826 (D. Nev.); *Albrigo v. MGM Resorts Int'l*, No. 3:23-cv-01797 (S.D. Cal.); *Lassoff v. MGM Resorts Int'l, et al.*, No. 1:23-cv-20419 (D.N.J.).

MGM's counsel was only recently retained and requires additional time to review, investigate, and analyze the allegations in both the Complaint and the Related Actions. Moreover, based on the Parties' current understanding of the claims, there are significant overlaps between this action and the Related Actions. As such, additional time is required to permit time to meet and confer with the various parties to the Related Actions, evaluate the potential consolidation of the cases, and conserve judicial resources.

The Parties' request is made in good faith to enable MGM to complete an investigation into Plaintiff's claims. Moreover, this case is in its infancy, and this request will not prejudice any party.

**WHEREAS** the Parties respectfully request that MGM shall have until December 12, 2023 to answer, move, or otherwise respond to the Complaint.

Dated:  November 13, 2023              Respectfully submitted,

    */s/ Rachele R. Byrd*
LEON GREENBERG
**LEON GREENBERG PC**
State Bar Number: 8094
1811 South Rainbow Boulevard # 210
Las Vegas, Nevada 89146
Telephone: (702) 383-6085
Facsimile: (702) 385-1827
ranni@overtimelaw.com

RACHELE R. BYRD (*pro hac vice*)
**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: (619) 239-4599
Facsimile: (619) 234-4599
byrd@whafh.com

JON TOSTRUD (*pro hac vice*)
ANTHONY CARTER (*pro hac vice*)
**TOSTRUD LAW GROUP, PC**
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: 310/278-2600
Facsimile: 310/278-2640
jtostrud@tostrudlaw.com
acarter@tostrudlaw.com

ERIK LANGELAND (*pro hac vice*)
**ERIK H. LANGELAND, P.C.**
733 Third Avenue, 16th Floor
New York, N.Y. 10017
Telephone: (212) 354-6270
elangeland@langelandlaw.com

*Attorneys for Plaintiff and the Proposed Class*

    */s/ Todd L. Bice*
Todd L. Bice, Bar No. 4534
**PISANELLI BICE, PLLC**
400 S. 7th Street Suite 300
Las Vegas, NV 89101
Telephone: 702.214.2100

tlb@pisanellibice.com

Angela C. Agrusa
**DLA PIPER LLP (US)**
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, CA 90067-4735
Telephone: 310.595.3000
angela.agrusa@us.dlapiper.com

*Attorneys for Defendant*
*MGM Resorts International*

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

DATED  11-14-2023

STIPULATION TO EXTEND TIME TO FILE DEFENDANT'S RESPONSE TO COMPLAINT
CASE NO. NO. 2:23-CV-01577

4