LEON GREENBERG, ESQ., SBN 8094
RUTHANN DEVEREAUX-GONZALEZ, ESQ.,
SBN 15904
**LEON GREENBERG PC**
1811 South Rainbow Boulevard, Suite 210
Las Vegas, Nevada 89146
Telephone: (702) 383-6085
Facsimile: (702) 385-1827
leongreenberg@overtimelaw.com
ranni@overtimelaw.com

*Attorneys for Plaintiff and the Proposed Class*
[Additional counsel on signature page]

Todd L. Bice
**PISANELLI BICE PLLC**
400 S. 7th Street Suite 300
Las Vegas, NV 89101
Telephone: 702.214.2100
tlb@pisanellibice.com

Angela C. Agrusa (CA State Bar No 131337)*
**DLA PIPER LLP (US)**
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, CA 90067-4735
Telephone: 310.595.3000
angela.agrusa@us.dlapiper.com

*\*Pro hac vice application forthcoming*

*Attorneys for Defendant
MGM Resorts International*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DAVID TEREZO, individually and on behalf of all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>MGM RESORTS INTERNATIONAL,<br><br>Defendant. | Case No. 2:23-cv-01577-RFB-VCF<br><br>**STIPULATION TO EXTEND TIME TO FILE DEFENDANT'S RESPONSE TO COMPLAINT (SECOND REQUEST)** |

Pursuant to LR IA 6-1, Plaintiff David Terezo and Defendant MGM Resorts International ("MGM") (collectively, the "Parties") respectfully stipulate MGM's time to

1  respond to the Complaint be extended from the current deadline of December 12, 2023 to
2  and including January 11, 2024. This is the second stipulation for an extension of time to
3  file MGM's responsive pleading. The court previously granted an extension on November
4  14, 2023. ECF No. 19.

5        Good cause exists to enlarge the time for MGM to respond to the Complaint. There
6  are currently ten other related actions filed against MGM pending in the District of Nevada
7  (the "Related Actions"). *See Kirwan v. MGM Resorts Int'l*, No. 2:23-cv-01481 (D. Nev.);
8  *Zussman v. VICI Properties 1 LLC, et al.*, No. 2:23-cv-01537 (D. Nev.); *Lackey v. MGM
9  Resorts Int'l*, No. 2:23-cv-01549 (D. Nev.); *Pircio v. MGM Resorts Int'l*, No. 2:23-cv-01550
10 (D. Nev.); *Owens v. MGM Resorts Int'l*, No. 2:23-cv-01480 (D. Nev.); *Rundell v. MGM
11 Resorts Int'l*, No. 2:23-cv-01698 (D. Nev.); *Bezak v. MGM Resorts Int'l*, No. 2:23-cv-01719
12 (D. Nev.) *Albrigo v. MGM Resorts Int'l*, No. 2:23-cv-1981 (D. Nev.); *Zari v. MGM Resorts
13 Int'l*, No. 2:23-cv-01777 (D. Nev.); *Manson v. MGM Resorts Int'l*, No. 2:23-cv-01826. One
14 other action is pending in the District of New Jersey. *Lassoff v. MGM Resorts Int'l*, No. 1:23-
15 cv-20419.

16       The parties in the Related Actions are actively preparing a joint motion to consolidate
17 the Related Actions. As such, additional time is required to permit time to meet and confer
18 with the various parties to the Related Actions and finalize the joint motion.

19       The Parties' request is made in good faith to enable the parties to finalize the joint
20 motion for consolidation and conserve judicial and party resources. Moreover, this case is
21 in its infancy, and this request will not prejudice any party.

22       **WHEREAS** the Parties respectfully request that MGM shall have until January 11,
23 2024 to answer, move, or otherwise respond to the Complaint.

24

25  Dated:  December 11, 2023          Respectfully submitted,

26

27                                /s/ Leon Greenberg
                               LEON GREENBERG
28                                **LEON GREENBERG PC**
                               State Bar Number: 8094

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

DATED  12-12-2023 _____

1811 South Rainbow Boulevard # 210
Las Vegas, Nevada 89146
Telephone: (702) 383-6085
Facsimile: (702) 385-1827
ranni@overtimelaw.com

RACHELE R. BYRD (*pro hac vice*)
**WOLF HALDENSTEIN ADLER**
 **FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: (619) 239-4599
Facsimile: (619) 234-4599
byrd@whafh.com

JON TOSTRUD (*pro hac vice*)
ANTHONY CARTER (*pro hac vice*)
**TOSTRUD LAW GROUP, PC**
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: 310/278-2600
Facsimile: 310/278-2640
jtostrud@tostrudlaw.com
acarter@tostrudlaw.com

ERIK LANGELAND (*pro hac vice*)
**ERIK H. LANGELAND, P.C.**
733 Third Avenue, 16th Floor
New York, N.Y. 10017
Telephone: (212) 354-6270
elangeland@langelandlaw.com

*Attorneys for Plaintiff and the Proposed Class*

 */s/ Todd L. Bice*

Todd L. Bice
**PISANELLI BICE, PLLC**
400 S. 7th Street Suite 300
Las Vegas, NV 89101
Telephone: 702.214.2100
tlb@pisanellibice.com

Angela C. Agrusa
**DLA PIPER LLP (US)**
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, CA 90067-4735

Telephone: 310.595.3000
angela.agrusa@us.dlapiper.com

*Attorneys for Defendant*
*MGM Resorts International*