LEON GREENBERG, ESQ., SBN 8094
RUTHANN DEVEREAUX-GONZALEZ, ESQ., SBN 15904
**LEON GREENBERG PC**
1811 South Rainbow Boulevard, Suite 210
Las Vegas, Nevada 89146
Telephone: (702) 383-6085
Facsimile: (702) 385-1827
leongreenberg@overtimelaw.com
ranni@overtimelaw.com

*Attorneys for Plaintiff and the Proposed Class*
[Additional counsel on signature page]

Todd L. Bice
**PISANELLI BICE PLLC**
400 S. 7th Street Suite 300
Las Vegas, NV 89101
Telephone: 702.214.2100
tlb@pisanellibice.com

Angela C. Agrusa (*pro hac vice*)
**DLA PIPER LLP (US)**
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, CA 90067-4735
Telephone: 310.595.3000
angela.agrusa@us.dlapiper.com

*Attorneys for Defendant*
*MGM Resorts International*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DAVID TEREZO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MGM RESORTS INTERNATIONAL,<br><br>Defendant. | Case No. 2:23-cv-01577-RFB-MDC<br><br>**STIPULATION TO EXTEND TIME TO FILE DEFENDANT'S RESPONSE TO COMPLAINT**<br>**(FOURTH REQUEST)** |

Pursuant to LR IA 6-1, Plaintiff David Terezo and Defendant MGM Resorts International ("MGM") (collectively, the "Parties") respectfully stipulate MGM's time to respond to the Complaint be extended from the current deadline of March 11, 2024 to and including April 10, 2024. This is the fourth stipulation for an extension of time to file MGM's responsive pleading. The court previously granted an extension on January 16, 2024. ECF No. 27.

Good cause exists to enlarge the time for MGM to respond to the Complaint. There are currently thirteen other related actions filed against MGM pending in this District (the "Related Actions"). *See Owens v. MGM Resorts Int'l*, No. 2:23-cv-01480; *Kirwan v. MGM Resorts Int'l*, No. 2:23-cv-01481; *Zussman v. VICI Properties 1 LLC, et al.*, No. 2:23-cv-01537; *Lackey v. MGM Resorts Int'l*, No. 2:23-cv-01549; *Pircio v. MGM Resorts Int'l*, No. 2:23-cv-01550; *Rundell v. MGM Resorts Int'l*, No. 2:23-cv-01698; *Bezak v. MGM Resorts Int'l*, No. 2:23-cv-01719; *Albrigo v. MGM Resorts Int'l*, No. 2:23-cv-1981; *Zari v. MGM Resorts Int'l*, No. 2:23-cv-01777; *Manson v. MGM Resorts Int'l*, No. 2:23-cv-01826; *Sloan v. Vici Properties Inc., et al.*, No. 2:23-cv-02042; *Righetti v. MGM Resorts Int'l*, No. 2:23-cv-2064*; Mejia v. MGM Resorts, Int'l*, No. 2:23-cv-00081.

On December 6 and December 20, 2023, plaintiffs' counsel in six consolidated putative class actions brought against MGM by individuals who allege their PII was compromised as a result of a cybersecurity incident involving MGM in 2019 (the "2019 Actions") filed Notices of Related Cases Pursuant to District of Nevada Local Rule 42.1, notifying the Court that the Related Actions are related to the 2019 Actions. *In re: MGM Resorts Int'l Data Breach Litig.*, No. 2:20-CV-00376-GMN-NJK, ECF Nos. 186, 188. Plaintiffs in those actions have opposed this effort because the 2019 Actions involved a different threat actor and different data. No order has issued on the notices filed by the plaintiffs in the 2019 Actions, and MGM has not responded to any other Complaint in the Related Actions.

The parties in the Related Actions are discussing this development in addition to the consolidation of the Related Actions. The parties in the Related Actions have also engaged

in preliminary information exchange that may avoid the need for certain motion practice, which would conserve judicial resources. As such, additional time is required to permit time to meet and confer with the various parties to the Related Actions.

The Parties' request is made in good faith to enable the parties to finalize the joint motion for consolidation and conserve judicial and party resources. Moreover, this case is in its infancy, and this request will not prejudice any party.

**WHEREAS** the Parties respectfully request that MGM shall have until April 10, 2024, to answer, move, or otherwise respond to the Complaint.

Dated:  March 7, 2024                                   Respectfully submitted,

By:  /s/ Leon Greenberg
LEON GREENBERG
**LEON GREENBERG PC**
State Bar Number: 8094
1811 South Rainbow Boulevard # 210
Las Vegas, Nevada 89146
ranni@overtimelaw.com

RACHELE R. BYRD (*pro hac vice*)
**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA 92101
byrd@whafh.com

JON TOSTRUD (*pro hac vice*)
ANTHONY CARTER (*pro hac vice*)
**TOSTRUD LAW GROUP, PC**
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
jtostrud@tostrudlaw.com
acarter@tostrudlaw.com

ERIK LANGELAND (*pro hac vice*)
**ERIK H. LANGELAND, P.C.**
733 Third Avenue, 16th Floor
New York, N.Y. 10017
elangeland@langelandlaw.com

*Attorneys for Plaintiff and the Proposed Class*

and

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

By: <u>/s/ Todd L. Bice</u>
Todd L. Bice
**PISANELLI BICE, PLLC**
400 S. 7th Street Suite 300
Las Vegas, NV 89101
Telephone: 702.214.2100
tlb@pisanellibice.com

Angela C. Agrusa (*pro hac vice*)
**DLA PIPER LLP (US)**
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, CA 90067-4735
Angela.agrusa@us.dlapiper.com

*Attorneys for Defendant*
*MGM Resorts International*

STIPULATION TO EXTEND TIME TO FILE DEFENDANT'S RESPONSE TO COMPLAINT
CASE NO. 2:23-CV-1577

4

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| DAVID TEREZO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MGM RESORTS INTERNATIONAL,<br><br>Defendant. | Case No. 2:23-cv-01577-JAD-MDC<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME TO FILE DEFENDANT'S RESPONSE TO COMPLAINT** |

Upon consideration of the foregoing stipulation to extend Defendant MGM Resorts International's time to file response to Plaintiff's Complaint in the above-captioned action, it is hereby **ORDERED** that the Stipulation is **GRANTED**, and the time for MGM Resorts International to answer, move, or otherwise respond to Plaintiff's Complaint is hereby extended to and including April 10, 2024.

**IT IS SO ORDERED:**

_____
MAXIMILIANO D. COUVILLIER III
UNITED STATES MAGISTRATE JUDGE

DATED: March 8, 2024