1   Nathan R. Ring
2   Nevada State Bar No. 12078
    **STRANCH, JENNINGS & GARVEY, PLLC**
3   3100 W. Charleston Boulevard, Suite 208
    Las Vegas, Nevada 89102
4   (725) 235-9750
    lasvegas@stranchlaw.com
5
6   Jeff Ostrow*
    **KOPELOWITZ OSTROW P.A.**
7   One West Las Olas Blvd., Suite 500
    Fort Lauderdale, Florida 33301
8   (954) 525-4100
    (954) 525-4300 (facsimile)
9   ostrow@kolawyers.com

10  ***Counsel for Plaintiff Tonya Owens***
    ***and the Proposed Class***
11
12  (additional counsel on following pages)

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| **TONYA OWENS,** individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br>v.<br><br>**MGM RESORTS INTERNATIONAL,**<br><br>    Defendant. | Case No. 2:23-cv-01480-JAD-VCF<br>(filed September 21, 2023, D. Nev.)<br><br>**PLAINTIFFS' MOTION**<br>**TO CONSOLIDATE FOR PRETRIAL**<br>**PROCEEDINGS AND INTEGRATED**<br>**MEMORANDUM OF LAW IN SUPPORT** |
| **EMILY KIRWAN,** individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br>v.<br><br>**MGM RESORTS INTERNATIONAL,**<br><br>    Defendant. | Case No. 2:23-cv-01481-RFB-DJA<br>(filed September 21, 2023, D. Nev.) |
| **DAVID ZUSSMAN,** individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br>v.<br><br>**VICI PROPERTIES L.P.; MGM RESORTS INTERNATIONAL; and MGM GROWTH PROPERTIES OPERATING PARTNERSHIP L.P.**<br><br>    Defendants | Case No. 2:23-cv-01537-CDS-BNW<br>(filed September 27, 2023, D. Nev.) |
| **DAVID LACKEY,** individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br>v.<br><br>**MGM RESORTS INTERNATIONAL,**<br><br>    Defendant. | Case No. 2:23-cv-01549-RFB-NJK<br>(filed September 28, 2023, D. Nev.) |

| | |
|---|---|
| **MICHAEL PIRCIO,** individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br>v.<br><br>**MGM RESORTS INTERNATIONAL,**<br><br>            Defendant. | Case No. 2:23-cv-01550-CDS-NJK<br>(filed September 28, 2023, D. Nev.) |
| **LAURA WILLIS ALBRIGO** and **ANITA JOHNSON,** individually and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br>v.<br><br>**MGM RESORTS INTERNATIONAL,**<br><br>            Defendant. | Case No. 3:23-cv-01797-JLS-BLM<br>(filed September 28, 2023, S.D. Cal.,<br>transf. November 17, 2023, D. Nev.) |
| **DAVID TEREZO,** individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br>v.<br><br>**MGM RESORTS INTERNATIONAL,**<br><br>            Defendant. | Case No. 2:23-cv-01577-JAD-VCF<br>(filed October 3, 2023, D. Nev.) |
| **RONALD G. RUNDELL,** individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br>v.<br><br>**MGM RESORTS INTERNATIONAL,**<br><br>            Defendant. | Case No. 2:23-cv-01698-CDS-DJA<br>(filed October 18, 2023, D. Nev.) |

| | |
|---|---|
| **CHARLES BEZAK,** individually and on behalf of all others similarly situated,<br><br>         Plaintiff,<br><br>v.<br><br>**MGM RESORTS INTERNATIONAL,**<br><br>         Defendant. | Case No. 2:23-cv-01719-RFB-BNW<br>(filed October 20, 2023, D. Nev.) |
| **PAUL ZARI,** individually and on behalf of all others similarly situated,<br><br>         Plaintiff,<br><br>v.<br><br>**MGM RESORTS INTERNATIONAL**,<br><br>         Defendant. | Case No. 2:23-cv-01777-CDS-BNW<br>(filed November 1, 2023, D. Nev.) |
| **MICHAEL MANSON,** individually and on behalf of all others similarly situated,<br><br>         Plaintiff,<br><br>v.<br><br>**MGM RESORTS INTERNATIONAL,**<br><br>         Defendant. | Case No. 2:23-cv-01826-CDS-EJY<br>(filed November 7, 2023, D. Nev.) |

## <u>PLAINTIFFS' MOTION TO CONSOLIDATE FOR PRETRIAL PROCEEDINGS AND INTEGRATED MEMORANDUM OF LAW IN SUPPORT</u>

Under Rule 42(a) of the Federal Rules of Civil Procedure, Plaintiffs, TONYA OWENS, EMILY KIRWAN, DAVID ZUSSMAN, DAVID LACKEY, MICHAEL PIRCIO, LAURA WILLIS ALBRIGO and ANITA JOHNSON, DAVID TEREZO, RONALD G. RUNDELL, CHARLES BEZAK, PAUL ZARI, and MICHAEL MANSON, each individually, and on behalf of all others similarly situated (hereinafter, "Plaintiffs"), move the Court to consolidate the above styled actions against Defendants, MGM RESORTS INTERNATIONAL ("MGM") and VICI PROPERTIES L.P. and MGM GROWTH PROPERTIES OPERATING PARTNERSHIP L.P., for

pretrial proceedings, respectfully stating as follows:

WHEREAS, Plaintiffs seek to consolidate the following putative class actions (the "Related Actions") filed between September 21, 2023 and November 7, 2023, and any subsequently filed actions, under Fed. R. Civ. P. 42(a):

| Abbreviated Case Name | Case No. | Date Filed |
|---|---|---|
| *Owens v. MGM Resorts International* | 2:23-cv-01480 | 9/21/2023 |
| *Kirwan v. MGM Resorts International* | 2:23-cv-01481 | 9/21/2023 |
| *Zussman v. VICI Properties 1 LLC, et al.* | 2:23-cv-01537 | 9/27/2023 |
| *Lackey v. MGM Resorts International* | 2:23-cv-01549 | 9/28/2023 |
| *Pircio v. MGM Resorts International* | 2:23-cv-01550 | 9/28/2023 |
| *Albrigo v. MGM Resorts International* | 3:23-cv-01797 | 9/28/2023 |
| *Terezo v. MGM Resorts International* | 2:23-cv-01577 | 10/3/2023 |
| *Rundell v. MGM Resorts International* | 2:23-cv-01698 | 10/18/2023 |
| *Bezak v. MGM Resorts International* | 2:23-cv-01719 | 10/20/2023 |
| *Zari v. MGM Resorts International* | 2:23-cv-01777 | 11/1/2023 |
| *Manson v. MGM Resorts International* | 2:23-cv-01826 | 11/7/2023 |

WHEREAS, under Fed. R. Civ. P. 42(a), the Court may consolidate actions before it if involving common questions of law and fact. Such consolidation "permits district courts 'to expedite the trial and eliminate unnecessary repetition and confusion.'" *Houghton v. Rancho Mesquite Casino, Inc.,* No. 223CV00276CDSDJA, 2023 WL 2633742, at *1 (D. Nev. Mar. 24, 2023) quoting *DuPont v. S. Pac. Co.*, 366 F.2d 193, 195 (5th Cir. 1966). In deciding whether to consolidate cases, the Court "weigh[s] the interest of judicial convenience against the potential for delay, confusion[,] and prejudice." *Id.* (quoting *Zhu v. UCBH Holdings, Inc.*, 682 F. Supp. 2d 1049, 1052 (N.D. Cal. 2010)); *see also Huene v. United States*, 743 F.2d 703, 704 (9th Cir. 1984).

WHEREAS, these Related Actions allege nearly identical claims against Defendants, arising from MGM's failures to adequately safeguard the personally identifiable information ("PII") entrusted to it by its customers, resulting in a cyberattack and data breach to MGM systems in September 2023 in which the PII of Plaintiffs and the proposed Class Members, members of MGM's loyalty program, was unauthorizedly disclosed and compromised (the "Data Breach").

*See*, e.g., *Owens* Action Complaint ¶¶ 1-3; *Zari* Action Complaint ¶¶ 2-3, 5; MGM Notice of Data Breach.[1] This includes their full names, dates of birth, addresses, email addresses, phone numbers, Social Security numbers and/or driver's license numbers. *Owens* Action Compl. ¶ 1. Only (1) one of these eleven (11) Related Actions involves other Defendants, *Zussman v. VICI Properties 1 LLC, et al.*, Case No. 2:23-cv-01537, which names VICI Properties, L.P. and MGM Growth Properties Operating Partnership, L.P., as defendants in addition to MGM. The Related Actions have proposed class definitions that will encompass the same persons, e.g., all individuals residing in the United States whose personal identifiable information was disclosed in the Data Breach (*Owens* Compl. ¶ 126), and arise from the same general set of factual allegations relating to the same Data Breach. Accordingly, the Related Actions involve common questions of law and fact, and should be consolidated under Fed. R. Civ. P. 42(a);

WHEREAS Plaintiffs agree the Related Actions should be consolidated for pretrial proceedings into the *Owens* Action (Case No. 2:23-cv-01480) for purposes of judicial economy;

WHEREAS, Plaintiffs from the Related Cases have coordinated and agree that it would be duplicative and wasteful of the Court's and the parties' resources to litigate the cases separately. *See Houghton v. Rancho Mesquite Casino, Inc.*, No. 2:23-cv-00276-CDS-DJA, 2023 WL 2633742, at *1 (D. Nev. Mar. 24, 2023) (for the purposes of expediting trial and eliminating unnecessary repetition, district courts have broad discretion under this rule to consolidate cases pending in the same district);

---

[1] *See* Notice of Data Breach, MGM (Oct. 5, 2023), https://www.mgmresorts.com/en/notice-of-data-breach.html (last visited Oct. 17, 2023).

WHEREAS, in an effort to assure consistent rulings and decisions and to avoid unnecessary duplication of effort, all counsel for Plaintiffs in the Related Actions, jointly move this Court for entry of an order consolidating the Related Actions for pre-trial proceedings; Defendant has been consulted and has responded they wish to retain the right to oppose; and

**NOW, THEREFORE**, Plaintiffs submit the following to the Court for approval:

1.    The following Related Actions are hereby consolidated for all pretrial proceedings ("Consolidated Action"):

| Abbreviated Case Name | Case No. | Date Filed |
|---|---|---|
| *Owens v. MGM Resorts International* | 2:23-cv-01480 | 9/21/2023 |
| *Kirwan v. MGM Resorts International* | 2:23-cv-01481 | 9/21/2023 |
| *Zussman v. VICI Properties 1 LLC, et al.* | 2:23-cv-01537 | 9/27/2023 |
| *Lackey v. MGM Resorts International* | 2:23-cv-01549 | 9/28/2023 |
| *Pircio v. MGM Resorts International* | 2:23-cv-01550 | 9/28/2023 |
| *Albrigo v. MGM Resorts International* | 3:23-cv-01797 | 9/28/2023 |
| *Terezo v. MGM Resorts International* | 2:23-cv-01577 | 10/3/2023 |
| *Rundell v. MGM Resorts International* | 2:23-cv-01698 | 10/18/2023 |
| *Bezak v. MGM Resorts International* | 2:23-cv-01719 | 10/20/2023 |
| *Zari v. MGM Resorts International* | 2:23-cv-01777 | 11/1/2023 |
| *Manson v. MGM Resorts International* | 2:23-cv-01826 | 11/7/2023 |

2.    Every pleading filed in the Consolidated Action shall bear the following caption:

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| **In Re MGM RESORTS INTERNATIONAL DATA BREACH LITIGATION** | **Master File No. 2:23-cv-01480**<br><br>(Consolidated for pretrial proceedings with Case Nos. 2:23-cv-01481, 2:23-cv-01537, 2:23-cv-01549, 2:23-cv-01550, 3:23-cv-01797, 2:23-cv-01577, 2:23-cv-01698, 2:23-cv-01719, 2:23-cv-01777, 2:23-cv-01826)<br><br>CONSOLIDATED CLASS ACTION |

3.    The files of the Consolidated Action shall be maintained in one file under Master

File No. 2:23-cv-01480;

4.      Should a case that arises out of the same subject matter of the Consolidated Action subsequently be filed in this Court or transferred from another Court, a motion may be made to consolidate it with these Related Cases. Nothing in the foregoing shall be construed as a waiver of Defendants' rights to object to consolidation of any subsequently filed or transferred related actions;

5.      Defendants do not waive their rights to move to dismiss the Consolidated Action or any individual action, to oppose class certification under Fed. R. Civ. P. 23 or the appointment of class counsel on any grounds, or to oppose joinder of plaintiffs to one another including for purposes of trial;

6.      Under Fed. R. Civ. P. 5(b)(2)(E), service by e-mail transmission shall be permitted in addition to service via ECF notification;

7.      Upon granting of this Motion, all deadlines in all of the Related Actions are stayed;

8.      Leadership applications, pursuant to Fed. R. Civ. P. 23(g)(3), shall be filed within 20 days of the date of an Order granting this Motion;

9.      Plaintiffs shall file a superseding consolidated amended complaint no later than 45 days following the appointment of interim class counsel;

10.     Defendants shall have 45 days from the filing of the superseding consolidated amended complaint to file a motion to dismiss or otherwise respond to that complaint; Plaintiffs shall have 45 days thereafter to file their opposition; and Defendants shall have 30 days thereafter to file a reply in support.

A proposed order granting the Motion is attached hereto.

Dated: March 19, 2024.                    Respectfully submitted,

/s/ Nathan R. Ring
Nathan R. Ring
Nevada State Bar No. 12078
**STRANCH, JENNINGS & GARVEY, PLLC**
3100 W. Charleston Boulevard, Suite 208
Las Vegas, Nevada 89102
(725) 235-9750
lasvegas@stranchlaw.com

Jeff Ostrow*
**KOPELOWITZ OSTROW, P.A.**
One West Las Olas Blvd., Suite 500
Fort Lauderdale, Florida 33301
(954) 525-4100
(954) 525-4300 (facsimile)
ostrow@kolawyers.com

***Counsel for Plaintiff Tonya Owens and the Proposed Class***

Nathan R. Ring
Nevada State Bar No. 12078
**STRANCH, JENNINGS & GARVEY, PLLC**
3100 W. Charleston Boulevard, Suite 208
Las Vegas, Nevada 89102
(725) 235-9750
lasvegas@stranchlaw.com

Jeff Ostrow*
**KOPELOWITZ OSTROW P.A.**
One West Las Olas Blvd., Suite 500
Fort Lauderdale, Florida 33301
(954) 525-4100
(954) 525-4300 (facsimile)
ostrow@kolawyers.com

***Counsel for Plaintiff Emily Kirwan and the Proposed Class***

John A. Love*
**LOVE CONSUMER LAW**
2500 Northwinds Parkway, Suite 330
30009, Suite 330
Alpharetta, Georgia 30009

1

2

(404) 855-3600
tlove@loveconsumerlaw.com

3

Maureen M. Brady
**MCSHANE & BRADY, LCC**

4

1656 Washington Street, Suite 120
Kansas City, Missouri 64108

5

(816) 888-8010
(816) 332-6295 (facsimile)

6

7

Sharon J. Zinns
**ZINNS LAW, LLC**

8

4243 Dunwoody Club Drive, Suite 104
Atlanta, Georgia 30350

9

(404) 882-9002
sharon@zinnslaw.com

10

Nathan R. Ring
Nevada State Bar No. 12078

11

**STRANCH, JENNINGS & GARVEY, PLLC**

12

3100 W. Charleston Boulevard, Suite 208
Las Vegas, Nevada 89102

13

(725) 235-9750
lasvegas@stranchlaw.com

14

15

***Counsel for Plaintiff David Zussman and the
Proposed Class***

16

17

Amanda V. Boltax*
**HAUSFELD LLP**

18

888 16th Street, NW, Suite 300
Washington, DC 20006

19

20

Amy E. Keller*
James Ulwick*

21

**DICELLO LEVITT LLP**
Ten North Dearborn Street, Sixth Floor

22

Chicago, Illinois 60602
(312) 214-7900

23

akeller@dicellolevitt.com

24

Brian E. Johnson*

25

**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Ave., NW, Suite 500

26

Washington, DC 20005
(417) 343-5956

27

(202) 408-4699 (facsimile)

28

bejohnson@cohenmilstein.com

Douglas J. McNamara
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Avenue, 5th Floor
Washington, DC 20005
(202) 408-4600
(202) 408-4699 (facsimile)
dmcnamara@cohenmilstein.com

James J. Pizzirusso*
**HAUSFELD LLP**
888 16th Street, Ste 300
Washington, DC 20006
(202) 540-7200
jpizzirusso@hausfeld.com

Steven M. Nathan
**HAUSFELD LLP**
33 Whitehall Street, Ste 14th Floor
New York, New York 10004
(646) 357-1100
(212) 202-4322 (facsimile)
snathan@hausfeld.com

Nathan R. Ring
Nevada State Bar No. 12078
**STRANCH, JENNINGS & GARVEY, PLLC**
3100 W. Charleston Boulevard, Suite 208
Las Vegas, Nevada 89102
(725) 235-9750
lasvegas@stranchlaw.com

Don Springmeyer
**KEMP JONES LLP**
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169
(702) 385-6000
(702) 385-6001 (facsimile)
d.springmeyer@kempjones.com

*Counsel for Plaintiff David Lackey and the Proposed Class*

Marc Dann
Brian Flick

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**DANNLAW**
15000 Madison Avenue
Lakewood, Ohio 44107
(216) 373-0539

George Haines
**FREEDOM LAW FIRM, LLC**
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
(702) 880-5554
Ghaines@freedomlegalteam.com

Gerardo Avalos
**FREEDOM LAW FIRM**
8985 S Eastern Ave, Suite 350
Las Vegas, Nevada 89123
(702) 880-5554
(702) 967-6685 (facsimile)
gavalos@freedomlegalteam.com

Javier Merino
**THE DANN LAW FIRM, PC**
1520 Hwy. 130, Ste. 101
North Brunswick, NJ 08902
(201) 355-3440

Kevin Laukaitis
**Laukaitis Law LLC**
954 Avenida Ponce De Leon Suite 205, #10518
San Juan, PR 00908
(215) 789-4462

***Counsel for Plaintiff Michael Pircio and
the Proposed Class***

Lawrence Timothy Fisher
**BURSOR & FISHER, PA**
1990 North California Boulevard, Suite 940
Walnut Creek, CA 94596
(925) 300-4455
Fax: (925) 407-2700
ltfisher@bursor.com

***Counsel for Plaintiffs Laura Willis Albrigo and
Anita Johnson, and the Proposed Class***

Jon A Tostrud (*Pro Hac Vice*)
Anthony M. Carter (*Pro Hac Vice*)
**TOSTRUD LAW GROUP, P.C.**
1925 Century Park East, Suite 2125
Los Angeles, CA 90067
(310) 278-2600
(310) 278-2640 (facsimile)
acarter@tostrudlaw.com
jtostrud@tostrudlaw.com

Erik H. Langeland
**LANGELAND LAW**
733 Third Avenue, 15th Floor
New York, New York 10017
(212) 354-6270
(212) 898-9086 (facsimile)
elangeland@langelandlaw.com

Leon Marc Greenberg
**LEON GREENBERG, ATTORNEY AT LAW**
1811 S. Rainbow Blvd., 210
Las Vegas, Nevada 89146
(702) 383-6085
wagelaw@hotmail.com

Rachele R. Byrd (*Pro Hac Vice*)
**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, California 92101
(619) 239-4599
(619) 234-4599 (facsimile)
byrd@whafh.com

Ruthann Devereaux-Gonzalez
**LEON GREENBERG, PC**
2965 South Jones Blvd., Suite E3
Las Vegas, NV 89146
702-383-6085
ranni@overtimelaw.com

***Counsel for Plaintiff David Terezo and the Proposed Class***

F. Peter Silva, II
**TYCKO & ZAVAREEI LLP**

2000 Pennsylvania Avenue NW, Suite 1010
Washington, DC 20006
202-973-0900
202-973-0950 (facsimile)
psilva@tzlegal.com

Nathan R. Ring
Nevada State Bar No. 12078
**STRANCH, JENNINGS & GARVEY, PLLC**
3100 W. Charleston Boulevard, Suite 208
Las Vegas, Nevada 89102
(725) 235-9750
lasvegas@stranchlaw.com

Sabita J Soneji
**TYCKO AND ZAVAREEI LLP**
1970 Broadway, Suite 1070
Oakland, CA 94612
510-254-6808
ssoneji@tzlegal.com

***Counsel for Plaintiff Ronald G. Rundell
and the Proposed Class***

Gary F. Lynch (*Pro Hac Vice*)
**LYNCH CARPENTER, LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
412-233-9243
gary@lcllp.com

Mark J Bourassa
**THE BOURASSA LAW GROUP, LLC**
2350 W Charleston Blvd, Suite 100
Las Vegas, NV 89102
(702) 851-2180
Fax: (702) 851-2189
mbourassa@blgwins.com

Patrick D. Donathen (*Pro Hac Vice*)
**LYNCH CARPENTER, LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
412-322-9243
Fax: 412-231-0246
patrick@lcllp.com

Jennifer A. Fornetti
**THE BOURASSA LAW GROUP**
2350 W. Charleston Blvd., Suite 100
Las Vegas, NV 89102
702-851-2180
jfornetti@blgwins.com

Valerie Christian
**THE BOURASSA LAW GROUP**
2350 W. Charleston Blvd., Suite 100
Las Vegas, NV 89121
702-851-2180
vchristian@blgwins.com

***Counsel for Plaintiff Charles Bezak
and the Proposed Class***

Nathan R. Ring
Nevada State Bar No. 12078
**STRANCH, JENNINGS & GARVEY, PLLC**
3100 W. Charleston Boulevard, Suite 208
Las Vegas, Nevada 89102
(725) 235-9750
lasvegas@stranchlaw.com

J. Gerard Stranch IV*
Andrew E. Mize*
**STRANCH, JENNINGS & GARVEY, PLLC**
The Freedom Center
223 Rosa L. Parks Avenue, Suite 200
Nashville, Tennessee 37203
(615) 254-8801
gstranch@stranchlaw.com
amize@stranchlaw.com

Lynn A. Toops*
Amina A. Thomas*
**COHEN & MALAD, LLP**
One Indiana Square, Suite 1400
Indianapolis, Indiana 46204
(317) 636-6481
ltoops@cohenandmalad.com
athomas@cohenandmalad.com

***Counsel for Plaintiff Paul Zari and the***

*Proposed Class*

Linda P. Nussbaum (*Pro Hac Vice*)
**NUSSBAUM LAW GROUP, PC**
1133 Avenue of the Americas, 31st Floor
New York, NY 10036
917-438-9189
lnussbaum@nussbaumpc.com

Caroline F. Bartlett
**CARELLA BYRNE CECCHI**
5 Becker Farm Road
Roseland, NJ 07068
973-994-1700

James E Cecchi
**CARELLA BYRNE CECCHI OLSTEIN BRODY & AGNELLO**
5 Becker Farm Road, Ste 2nd Floor
Roseland, NJ 07068
973-994-1700
Fax: 973-994-1744
jcecchi@carellabyrne.com

Nathan R. Ring
Nevada State Bar No. 12078
**STRANCH, JENNINGS & GARVEY, PLLC**
3100 W. Charleston Boulevard, Suite 208
Las Vegas, Nevada 89102
(725) 235-9750
lasvegas@stranchlaw.com

*Counsel for Plaintiff Michael Manson
and the Proposed Class*

## CERTIFICATE OF SERVICE

It is hereby certified that a true and accurate copy of the foregoing was this 19th day of March, 2024 filed via the CM/ECF system and served by electronic mail upon all counsel of record.

/s/ Nathan R. Ring
Nathan R. Ring