1
2
3
4                    UNITED STATES DISTRICT COURT
5                         DISTRICT OF NEVADA
6                                * * *
7

8    **TONYA OWENS,** *individually and on*          CASE NO.  2:23-cv-01480-RFB-MDC
     *behalf of all others similarly situated,*
9
              Plaintiff,
10
                 v.
11
     **MGM RESORTS INTERNATIONAL,**
12
              Defendant.
13

14   **EMILY KIRWAN,** *individually and on*         CASE NO. 2:23-cv-01481-RFB-DJA
     *behalf of all others similarly situated,*
15
              Plaintiff,
16
                 v.
17
     **MGM RESORTS INTERNATIONAL,**
18
              Defendant.
19

20   **MICHELLE RIGHETTI** *on behalf of*            CASE NO. 2:23-cv-02064-APG-DJA
     *herself and all others similarly situated,*
21
              Plaintiff,
22
                 v.
23
     **MGM RESORTS INTERNATIONAL,**
24
              Defendant.
25

26
27
28

| | | |
|---|---|---|
| 1 | **DAVID ZUSSMAN,** *individually and on behalf of all others similarly situated,* | CASE NO. 2:23-cv-01537-CDS-BNW |
| 2 | | |
| 3 | Plaintiff, | |
| 4 | v. | |
| 5 | **VICI PROPERTIES L.P.,** a Delaware limited partnership**; VICI PROPERTIES 2 L.P.,** a Delaware limited partnership**; MGM RESORTS INTERNATIONAL,** a Delaware corporation; and **MGM GROWTH PROPERTOES OPERATING PARTNERSHIP L.P.** a Delaware limited liability company | |

1 **DAVID ZUSSMAN,** *individually and on behalf of all others similarly situated,*

    Plaintiff,

    v.

**VICI PROPERTIES L.P.,** a Delaware limited partnership**; VICI PROPERTIES 2 L.P.,** a Delaware limited partnership**; MGM RESORTS INTERNATIONAL,** a Delaware corporation; and **MGM GROWTH PROPERTOES OPERATING PARTNERSHIP L.P.** a Delaware limited liability company

    Defendants.

CASE NO. 2:23-cv-01537-CDS-BNW

---

**DAVID LACKEY,** *individually and on behalf of all others similarly situated,*

    Plaintiff,

    v.

**MGM RESORTS INTERNATIONAL,**

    Defendant.

CASE NO. 2:23-cv-01549-RFB-NJK

---

**MICHAEL PIRCIO,** *individually and on behalf of all others similarly situated,*

    Plaintiff,

    v.

**MGM RESORTS INTERNATIONAL,**

    Defendant.

CASE NO. 2:23-cv-01550-CDS-NJK

---

**DAVID TEREZO,** *individually and on behalf of all others similarly situated,*

    Plaintiff,

    v.

**MGM RESORTS INTERNATIONAL,**

    Defendant.

CASE NO. 2:23-cv-01577-RFB-MDC

- 2 -

| | |
|---|---|
| **RONALD G. RUNDELL,** *individually and on behalf of all others similarly situated,*<br><br>Plaintiff,<br><br>v.<br><br>**MGM RESORTS INTERNATIONAL,**<br><br>Defendant. | CASE NO. 2:23-cv-01698-CDS-DJA |
| **CHARLES BEZAK,** *individually and on behalf of all others similarly situated,*<br><br>Plaintiff,<br><br>v.<br><br>**MGM RESORTS INTERNATIONAL,**<br><br>Defendant. | CASE NO. 2:23-cv-01719-RFB-BNW |
| **PAUL ZARI,** *individually and on behalf of all others similarly situated***,**<br><br>Plaintiff,<br><br>v.<br><br>**MGM RESORTS INTERNATIONAL,**<br><br>Defendant. | CASE NO. 2:23-cv-01777-CDS-BNW |
| **MICHAEL MANSON,** *individually and on behalf of all others similarly situated***,**<br><br>Plaintiff,<br><br>v.<br><br>**MGM RESORTS INTERNATIONAL,**<br><br>Defendant. | CASE NO. 2:23-cv-01826-CDS-EJY |

1    **LAURA WILLIS ALBRIGO and ANITA**          CASE NO. 2:23-cv-01981-RFB-EJY
     **JOHNSON,** *individually and on behalf of all*
2    *others similarly situated*,

3                    Plaintiffs,

4                    v.

5    **MGM RESORTS INTERNATIONAL,**

6                    Defendant.

7    _____

8    **KYLE SLOAN,** *individually and on behalf of all*    CASE NO. 2:23-cv-02042-ART-BNW
     *others similarly situated,*

9                    Plaintiff,

10                   v.

11   **VICI PROPERTIES INC. and MGM**
     **RESORTS INTERNATIONAL,**
12
                     Defendants.
13
     _____
14   **EDGAR MEJIA and DUJUN JOHNSON,**          CASE NO. 2:24-cv-00081-APG-DJA
     *individually and on behalf of all others similarly*
15   *situated,*

16                   Plaintiffs,

17                   v.

18   **MGM RESORTS INTERNATIONAL,**

19                   Defendant.

20   _____

21

22

23

24

25

26

27

28

Federal Rule of Civil Procedure 42(a) governs the consolidation of cases. The rule provides that "[i]f actions before the court involve a common question of law or fact, the court may . . . consolidate the actions." Fed. R. Civ. P. 42(a). "The district courts have broad discretion under this rule to consolidate cases pending in the same district." Investors Rsch. Co. v. U.S. Dist. Ct. for Cent. Dist. of Cal., 877 F.2d 777, 777 (9th Cir. 1989). Additionally, as under Rule 42(a), this district's local rules allow the court to make a determination to consolidate actions *sua sponte*. LR 42-1(b). In determining whether to consolidate cases, the court should "weigh the interest of judicial convenience against the potential for delay, confusion[,] and prejudice." Zhu v. UCBH Holdings, Inc., 682 F. Supp. 2d 1049, 1052 (N.D. Cal. 2010); see also Huene v. United States, 743 F.2d 703, 704 (9th Cir. 1984).

These related actions allege nearly identical claims against Defendants, arising from MGM's alleged failures to adequately safeguard the personally identifiable information ("PII") of its customers, and the cyberattack and data breach to MGM systems in September 2023 in which the PII of all Plaintiffs and proposed Class Members was allegedly disclosed and compromised. Because the circumstances and claims involve common questions of law and fact, the undersigned judges assigned to the cases captioned above have consulted and find that consolidation of the actions is appropriate under Federal Rule of Civil Procedure 42(a)(2) and Local Rule 42-1(b).

**IT IS THEREFORE ORDERED** that the following cases shall be consolidated:

(1) Owens v. MGM Resorts Int'l, No. 2:23-cv-01480-RFB-MDC

(2) Kirwan v. MGM Resorts Int'l, No. 2:23-cv-01481-RFB-DJA

(3) Zussman v. VICI Properties L.P., et al., No. 2:23-cv-01537-CDS-BNW

(4) Lackey v. MGM Resorts Int'l, No. 2:23-cv-01549-RFB-NJK

(5) Pircio v. MGM Resorts Int'l, No. 2:23-cv-01550-CDS-NJK

(6) Terezo v. MGM Resorts Int'l, No. 2:23-cv-01577-RFB-MDC

(7) Rundell v. MGM Resorts Int'l, No. 2:23-cv-01698-CDS-DJA

(8) Bezak v. MGM Resorts Int'l, No. 2:23-cv-01719-RFB-BNW

(9) Albrigo v. MGM Resorts Int'l, No. 2:23-cv-01981-RFB-EJY

1      (10)   Zari v. MGM Resorts Int'l, No. 2:23-cv-01777-CDS-BNW

2      (11)   Manson v. MGM Resorts Int'l, No. 2:23-cv-01826-CDS-EJY

3      (12)   Sloan v. Vici Properties, Inc., et al., No. 2:23-cv-02042-ART-BNW

4      (13)   Mejia v. MGM Resorts Int'l, et al., No. 2:24-cv-00081-APG-DJA

5      (14)   Righetti v. MGM Resorts Int'l, No. 2:23-cv-02064-APG-DJA

**IT IS FURTHER ORDERED** that Owens v. MGM Resorts Int'l, No. 2:23-cv-01480-RFB-MDC shall be the base/lead case and all future documents must bear said base/lead case number.

**IT IS FURTHER ORDERED** that all filings filed in the base/lead case be deemed to have also been filed in the consolidated cases.

**DATED:** March 22, 2024

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

CRISTINA D. SILVA
UNITED STATES DISTRICT JUDGE

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

- 6 -